Vernie Anderson, Plaintiff-Appellee, v. Helma Anderson, Defendant-Appellant.

Gen. No. 48,283.

First District, First Division.

May 8, 1961.

Rehearing denied May 31, 1961.

William M. Daemicke (William M. Daemicke, of counsel) for appellant.

Opinion by JUSTICE BURMAN. Not to be published in full.